UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
*Electronically Filed*

| | |
|---|---|
| ELENA MOORE | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. _____ |
| | ) |
| THE PAUL REVERE LIFE INSURANCE COMPANY | ) |
| | ) |
| DEFENDANT | ) |

## NOTICE OF REMOVAL

Defendant, The Paul Revere Life Insurance Company ("PRLIC"), removes this action to the United States District Court for the Eastern District of Kentucky. The grounds for removal are as follows:

1. On December 20, 2018, the Complaint in Civil Action No. 18-CI-00790 was filed in Scott Circuit Court, in Georgetown, Kentucky, by Plaintiff against PRLIC. The Summons, along with the Complaint, was served upon PRLIC's agent for service of process, CSC, on December 27, 2018. Copies of the Complaint and Summons are appended hereto and constitute all process, pleadings and orders served upon Defendant to date in this action.

2. The action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan, specifically disability plan established by Plaintiff's former employer, Baker Iron & Metal Co., funded by an insurance policy or policies issued by PRLIC. Plaintiff alleges that her disability benefits were improperly denied by PRLIC [Complaint ¶¶23, 25].

3. This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. §1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan established under and governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq.* ("ERISA").

4. ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries. *See* ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Section 502(3) of ERISA, 29 U.S.C. §1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6. Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. §1331 and is therefore removable to this Court pursuant to the provisions of 28 U.S.C. §§1441(a) and (b). *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Such a claim is properly removable even if the defense of ERISA preemption does not appear on the face of the Complaint.

7. Defendant has filed no pleadings in this action, having obtained an extension of time to February 6, 2019 to answer, and this Notice of Removal is filed within thirty (30) days after service of the Complaint and Summons in this action.

WHEREFORE, Defendant, The Paul Revere Life Insurance Company, hereby gives notice of this removal from the Scott Circuit Court to the United States District Court for the Eastern District of Kentucky.

Respectfully submitted,

/s/ *Ann Michelle Turner*
Ann Michelle Turner
Attorney for Defendant
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY 40059
Phone: 502.426.5110
Fax: 502.426.5119
E-mail: mturner@turnerkeal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

M. Austin Mehr                amehr@austinmehr.com
Elizabeth A. Thornsbury       elizabeth@austinmehr.com

/s/ *Ann Michelle Turner*
Ann Michelle Turner
Attorney for Defendant
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY  40059
Phone:  502.426.5110
Fax:  502.426.5119
E-mail:  mturner@turnerkeal.com