

# Notice of Service of Process

null / ALL
Transmittal Number: 19152865
Date Processed: 12/28/2018

| | |
|---|---|
| Primary Contact: | Marti Cornwell<br>UNUM Group<br>1 Fountain Square<br>Chattanooga, TN 37402 |
| Electronic copy provided to: | Judy Drake<br>Jen Majic<br>Janna Mullin |
| Entity: | The Paul Revere Life Insurance Company<br>Entity ID Number  2979580 |
| Entity Served: | The Paul Revere Life Insurance Company |
| Title of Action: | Elena Moore vs. The Paul Revere Life Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Scott County Circuit Court, KY |
| Case/Reference No: | 18-CI-00790 |
| Jurisdiction Served: | Kentucky |
| Date Served on CSC: | 12/27/2018 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Elizabeth A. Thornsbury<br>859-225-3731 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00790**<br>Court:  **CIRCUIT**<br>County: **SCOTT** |

*Plantiff*, **MOORE, ELENA VS. THE PAUL REVERE LIFE INSURANCE COMPANY**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

   **421 WEST MAIN STREET**

   **FRANKFORT, KY 40601**

Memo: Related party is THE PAUL REVERE LIFE INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**THE PAUL REVERE LIFE INSURANCE COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Karen Boehm, Scott
Circuit Clerk
Date: **12/20/2018**

Presiding Judge: HON. BRIAN PRIVETT (614383)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: 137761610049475@00000137120
CIRCUIT: 18-CI-00790 Certified Mail
MOORE, ELENA VS. THE PAUL REVERE LIFE INSURANCE COMPANY



Page 1 of 1
Appendix to Notice of Removal

**eFiled**

Package : 000002 of 000007

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
CIVIL DIVISION \_\_\_\_
CASE NO. _____
*Electronically Filed*

ELENA MOORE                                                                                       PLAINTIFF

vs.                                **COMPLAINT AND JURY DEMAND**

THE PAUL REVERE LIFE INSURANCE COMPANY                                    DEFENDANT

    **To be served through:**
    **Corporation Service Company**
    **421 West Main Street**
    **Frankfort, Kentucky 40601**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Elena Moore, by and through counsel, and for her Complaint against Defendant The Paul Revere Life Insurance Company ("Paul Revere" or "Defendant"), states as follows:

1. Plaintiff, Elena Moore, is, and was at all times relevant to the claims asserted herein, a citizen and resident of Scott County, Kentucky.

2. Defendant Paul Revere is an insurance company domiciled in the state of Massachusetts, authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority. Paul Revere's service of process agent is Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601, and Paul Revere may be served through said service of process agent.

3. Jurisdiction and venue proper in this Court, as Plaintiff is a citizen and resident of Scott County, Kentucky, and was employed and worked in Kentucky, and Defendant

conducted business in Kentucky and Defendant's actions caused damages in Scott County, Kentucky.

4. Defendant supplied and issued a policy of insurance to Plaintiff for long-term disability ("LTD") insurance. The applicable insurance policy ("LTD policy" or "policy") number is believed to be 01-02806386.

5. The policy provides for monthly benefit payments in the event of total disability.

6. The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> "Total Disability" means that because of an Injury or Sickness:
>
> a. You are unable to perform the important duties of Your Regular Occupation; and
> b. You are not engaged in any gainful occupation; and
> c. You are receiving Physician's Care. We will waive this requirement if We receive written proof acceptable to Us that further Physician's Care would be of no benefit to You.
>
> After the Total Disability benefit has been payable for 24 months during any Disability, then "Total Disability" also means that because of Injury or Sickness:
> d. You are completely unable to engage in any gainful occupation for which You are reasonably fitted by education, training, or experience.

7. The applicable policy also contains a Rider allowing payment for partial disability, which is defined as:

> For purposes of this rider, "Partial Disability" means that due to Sickness or Injury:
>
> 1. You are not able to perform either:
>    (a) The regular daily duties of Your occupation at least one-half of the time usually required; or
>    (b) One or more important regular duties of Your occupation.
> 2. You are receiving Physician's Care. We will waive this requirement if We receive written proof acceptable to Us that further care would be of no benefit to You; and
> 3. Your Monthly Earnings continue to be reduced by at least 20%; and

2

4. You have been Totally Disabled for the same Sickness or Injury for at least 30 days. Total Disability must immediately precede Partial Disability.

8. Plaintiff, while working as a Controller, became disabled as defined in her insurance policy on or about November 2017, at age 66, and remains disabled under the terms of the policy.

9. Plaintiff had been employed as a Controller for Cohen Brothers of Lexington, Inc. in Lexington, Kentucky for approximately thirty-three (33) years.

10. Plaintiff is unable to perform the important duties of her regular occupation.

11. Plaintiff is entitled to be paid for the maximum time period allowable for benefits due to her total disability.

12. Plaintiff applied for disability benefits with Defendant in a timely fashion, in the manner outlined in the insurance certificate. Defendant's claim number for Plaintiff is believed to be 14345692. Defendant's claim number for Plaintiff is also listed as 01-02806386-001 in the applicable claim file.

13. Plaintiff provided proof that her physicians had restricted her from, and/or recommended that she not return to, her prior work and that she was unable to perform her regular occupation.

14. By letter dated April 27, 2018, Defendant denied Plaintiff's claim for disability benefits.

15. Plaintiff submitted a timely appeal of the denial of her claim to Defendant in the manner set forth in the applicable policy.

16. By letter dated September 6, 2018, Defendant upheld the denial of Plaintiff's claim for disability benefits.

3

17. The September 6, 2018, letter stated that Plaintiff has "a right to bring a civil suit" for her claims.

18. Plaintiff has exhausted any administrative remedies required under the terms of her policy.

19. Plaintiff is entitled to payment of LTD benefits, as Plaintiff meets the definition of "total disability" under the terms of the LTD policy.

20. Defendant has wrongfully withheld, and is responsible for, payment of LTD benefits to those entitled to benefits under the LTD policy, including Plaintiff.

21. Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under the contract and pay LTD benefits to Plaintiff.

22. The denial of Plaintiff's claim for LTD benefits is a breach of contract, and Defendant's breach of its contractual duties and obligations has caused Plaintiff damages.

23. The decision of Defendant to deny contractual benefits under the LTD policy is erroneous, a breach of fiduciary duties, negligent, an abuse of discretion, arbitrary and capricious, and contrary to the overwhelming evidence supplied to Defendant in the medical records and other information supplied by Plaintiff and on Plaintiff's behalf.

24. The LTD policy and coverage does not meet the qualifications of a plan under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et. seq.*

25. In the alternative to allegation number 24 above, if the LTD Plan does meet the qualifications for ERISA, then the decisions made by Defendant to deny Plaintiff's claim were arbitrary and capricious, against the overwhelming evidence provided to Defendant, and a breach of fiduciary duty, which entitles Plaintiff to contractual benefits, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

4

26. Defendant should be enjoined from stopping payments under the contract.

27. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Elena Moore demands the following relief:

1. Judgment against Defendant for full contractual benefits, costs and attorney's fees, pre-judgment and post-judgment interest; and

2. Trial by jury; and

3. Any and all other relief to which Plaintiff appears entitled.

Respectfully submitted,

*/s/ Elizabeth A. Thornsbury*
M. AUSTIN MEHR
ELIZABETH A. THORNSBURY
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: amehr@austinmehr.com
Email: elizabeth@austinmehr.com
*Attorney for Plaintiff*

5

Karen Boehm, Scott Circuit Clerk
119 N. Hamilton Street
Georgetown, KY 40324-1784

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



# KCOJ eFiling Cover Sheet

Case Number: 18-CI-00790

Envelope Number: 1377616

Package Retrieval Number: 137761610049475@00000137120

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 11.98

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. BRIAN PRIVETT (614383)

Package : 000001 of 000007



7017 3040 0001 1156 1238

