UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
*FILED ELECTRONICALLY*

| | | |
|---|---|---|
| ELENA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cv-022-DCR |
| | ) | |
| THE PAUL REVERE LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Elena Moore and Defendant The Paul Revere Life Insurance Company (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties reached a settlement in principle in this matter on June 21, 2019. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Joint Stipulation of Dismissal.

2

Respectfully submitted,

*/s/ Elizabeth A. Thornsbury*
M. AUSTIN MEHR
ELIZABETH A. THORNSBURY
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: amehr@austinmehr.com
Email: elizabeth@austinmehr.com
*Counsel for Plaintiff*

and

*/s/ Ann Michelle Turner* (with permission)
ANN MICHELLE TURNER
Email: mturner@turnerkeal.com
Turner, Keal & Button PLLC
10624 Meeting St, #101
Prospect, KY 40059
Telephone: (502) 426-5110
Facsimile: (502) 426-5119
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, pgf@austinmehr.com,shall@austinmehr.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Ann Michelle Turner**
  mturner@turnerkeal.com,mturner10624@gmail.com

**Manual Notice List**

- No manual recipients

                /s/ *Elizabeth A. Thornsbury*
                ELIZABETH A. THORNSBURY